In the Matter of the Application of John W. Zawojski, Appellant, for a Mandamus Order against Gustave Mederer, Sheriff of Nassau County, Respondent.— Proceeding which, in its legal effect, was instituted pursuant to article 78 of the Civil Practice Act, for a peremptory order in the nature of mandamus, requiring respondent sheriff to accept an execution against property, issued to him upon a certain judgment, and to levy the same upon certain real property of St. Mary's Orthodox Greek Church of East Meadow, Nassau county, New York. Order denying appellant's application unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

Esther Kantrowitz, Appellant, v. Title Guarantee and Trust Company, Respondent.— Action on a policy of title insurance to recover damages alleged to have been sustained because plaintiff's deed was annulled upon her acceptance of the return of the purchase price and expenses. After trial by the court without a jury, judgment was rendered in favor of defendant on the merits. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

Katherine Kelly and Edward Kelly, Respondents, v. Joseph S. Brownstein, Appellant.— Action for damages for personal injuries suffered by the plaintiff wife as a consequence of a fall in defendant's store, due to the presence of oil on the floor. Companion action by the plaintiff husband for expenses and loss of services. Judgment for the plaintiffs unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

Fred Korndoerfer, Appellant, v. The National Bank of Far Rockaway, John R. Burton, Respondents, and Others, Defendants.— Appeal by plaintiff from an order granting respondents' motions, pursuant to rules 112 and 113 of the Rules of Civil Practice, for judgment on the pleadings and for summary judgment, and from the judgment entered thereon. The action is based upon allegations of fraud and conspiracy, and the plaintiff demands equitable relief and damages. Order and judgment unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.